# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1032**

**KA 12-01263**

PRESENT: SCUDDER, P.J., CENTRA, CARNI, LINDLEY, AND SCONIERS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

FREDERICK WEAVER, DEFENDANT-APPELLANT.

CARR SAGLIMBEN LLP, OLEAN (JAY D. CARR OF COUNSEL), FOR DEFENDANT-APPELLANT.

LORI PETTIT RIEMAN, DISTRICT ATTORNEY, LITTLE VALLEY, FOR RESPONDENT.

-------------------------------------------------------------------------------------------------

Appeal from a judgment of the Cattaraugus County Court (M. William Boller, A.J.), rendered April 23, 2012. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the fourth degree.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on July 28, 2013 and by the attorneys for the parties on July 30 and August 28, 2013,

It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.

Entered:  November 8, 2013                          Frances E. Cafarell
                                                    Clerk of the Court